NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**MELVINO TECHNOLOGIES LIMITED,**
*Appellant,*

v.

**DAVID J. KAPPOS, DIRECTOR, UNITED STATES PATENT AND TRADEMARK OFFICE,**
*Appellee.*

---

2011-1161
(Reexamination No. 95/000,368)

---

Appeal from the United States Patent and Trademark Office, Board of Patent Appeals and Interferences.

---

## ON MOTION

---

## ORDER

Melvino Technologies Limited moves without opposition for leave to file a corrected joint appendix.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion for leave to file a corrected joint appendix is granted. The earlier appendix is withdrawn and the newer appendix is accepted.

FOR THE COURT

OCT 0 6 2011
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Scott A. Horstemeyer, Esq.
    Raymond T. Chen, Esq.

s20

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

OCT 0 6 2011

JAN HORBALY
- CLERK